IN THE SUPREME COURT OF THE STATE OF NEVADA

LUCIANA CASTELLUCCI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TREVOR L. ATKIN, DISTRICT JUDGE,
Respondents,
and
NEW CASTLE, LLC; MGM RESORTS
INTERNATIONAL; SPI
ENTERTAINMENT; AND THUNDER
FROM DOWN UNDER, LLC,
Real Parties in Interest.

No. 81458

FILED

AUG 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR A WRIT OF MANDAMUS, OR
ALTERNATIVELY, PROHIBITION*

This original petition for a writ of mandamus, or alternatively, prohibition seeks a writ directing the district court to reverse its order compelling arbitration and remand to the district court to determine whether an enforceable agreement to arbitrate exists.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner

20-29372

has an adequate remedy in the form of an appeal from final judgment. *Pan,*
120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

cc: Hon. Trevor L. Atkin, District Judge
Harper Selim
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk